No. 82–965.  LINAHAN, WARDEN *v.* MACHETTI, AKA
SMITH.  C. A. 11th Cir.  Motion of respondent for leave to

proceed *in forma pauperis* granted.   Certiorari denied.